IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN DOES 1-5,<br><br>            Defendants. | Case Number: 1:12-cv-01382-EGS-JMF<br><br>**NOTICE OF LODGING PUTATIVE JOHN DOE NO. 2'S IDENTITY WITH THE COURT AND NOTICE OF MANUAL FILING OF *PRO HAC VICE* APPLICATION** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**

**PLEASE TAKE NOTICE** that: (1) Movant is lodging with the Court a document containing his true identity and address.  In addition, (2) Movant is also manually re-filing the *pro hac vice* application for the undersigned counsel.

This notice itself is being electronically filed.  In addition, a paper copy of this notice, plus a paper exhibit containing Movant's identifying information, as well as the paper version of the *pro hac vice* application are being manually lodged and filed with the Court via Fed Ex.  Further, copies of both this notice and the paper exhibit containing Movant's identifying information are also being served on plaintiff's counsel by overnight mail.

The paper exhibit containing Movant's identity is subject to Movant's pending Motion for a Protective Order, and Motion to Seal, which are being concurrently filed with this Notice.  By the motion for a Protective Order, Movant asks that the Court prohibit the public disclosure of Movant's identity and/or seal the paper exhibit containing Movant's identity.

DATED: November 15, 2012

Respectfully submitted,

| | |
|---|---|
| _____/s/ Morgan E. Pietz_____<br>*Pro Hac Vice Application Pending<br>Morgan E. Pietz, Esq.<br>    California Bar No. 260629<br>    THE PIETZ LAW FIRM<br>    3770 Highland Avenue, Ste. 206<br>    Manhattan Beach, CA 90266<br>    Phone: (310) 424-5557<br>    Fax: (310) 546-5301<br>    Email:  mpietz@pietzlawfirm.com | _____/s/ Eric J. Menhart_____<br>*Local Counsel*<br>Eric J. Menhart, Esq.<br>    D.C. Bar No. 975896<br>    Lexero Law<br>    10 G St. NE, Suite 710<br>    Washington, DC 20002<br>    Phone: (855) 453-9376, Ext. 101<br>    Fax: (855) 453-9376<br>    Email:  Eric.Menhart@lexero.com |
| Attorney for the Putative John Doe(s) Identified on the Caption | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2012, the foregoing was submitted to the CM/ECF system which will send notification of such filings to Malibu Media, LLC.

_____/s/ Morgan E. Pietz_____

*Pro Hac Vice* Application Pending

Morgan E. Pietz, Esq.
    California Bar No. 260629
    THE PIETZ LAW FIRM
    3770 Highland Avenue, Ste. 206
    Manhattan Beach, CA 90266
    Phone: (310) 424-5557
    Fax: (310) 546-5301
    Email:  mpietz@pietzlawfirm.com