IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 27 2012

Clerk, U.S. District and
Bankruptcy Courts

| MALIBU MEDIA | |
|---|---|
| v. | Case No. 1:12-cv-01382-EGS-JMF |
| JOHN DOES 1-5 | |

### [PROPOSED] ORDER

In consideration of John Doe #2's Motion for Admission *Pro Hac Vice* and good cause shown it is hereby:

ORDERED that Attorney Morgan Pietz shall be admitted *pro hac vice* on behalf of John Doe #2.

_____
Judge, U.S. District Court

11/26/12