-i-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>JOHN DOES 1-5,<br><br>               Defendants. | Case Number: 1:12-cv-01382-EGS-JMF<br><br>**NOTICE OF LODGING PUTATIVE JOHN DOE NO. 2'S IDENTITY WITH THE COURT UNDER SEAL** |

-1-

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**

**PLEASE TAKE NOTICE** that: on or about November 15, 2012 Movant lodged with the Court, via overnight mail, a document containing his true identity and address. The same document is being re-lodged in connection with this renewed Notice of Loding.

This notice itself is being electronically filed.  In addition, a paper copy of this notice, plus a paper exhibit containing Movant's identifying information, are being manually lodged with the Court via Fed Ex.

The paper exhibit containing Movant's identity is subject to Movant's pending Motion for a Protective Order, and Motion to Seal, which are being concurrently filed with this Notice.  By the motion for a Protective Order, Movant asks that the Court prohibit the public disclosure of Movant's identity and/or seal the paper exhibit containing Movant's identity.

DATED: December 11, 2012

Respectfully submitted,

| _____/s/ Morgan E. Pietz_____ | _____/s/ Eric J. Menhart_____ |
|---|---|
| *Pro Hac Vice* | *Local Counsel* |
| Morgan E. Pietz, Esq.<br>    California Bar No. 260629<br>    THE PIETZ LAW FIRM<br>    3770 Highland Avenue, Ste. 206<br>    Manhattan Beach, CA 90266<br>    Phone: (310) 424-5557<br>    Fax: (310) 546-5301<br>    Email: mpietz@pietzlawfirm.com | Eric J. Menhart, Esq.<br>    D.C. Bar No. 975896<br>    Lexero Law<br>    10 G St. NE, Suite 710<br>    Washington, DC 20002<br>    Phone: (855) 453-9376, Ext. 101<br>    Fax: (855) 453-9376<br>    Email: Eric.Menhart@lexero.com |
| Attorney for the Putative John Doe(s) Identified on the Caption | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2012, the foregoing was submitted to the CM/ECF system which will send notification of such filings to Malibu Media, LLC.

_____/s/ Eric J. Menhart_____

*Local Counsel*

Eric J. Menhart, Esq.
    D.C. Bar No. 975896
    Lexero Law
    10 G St. NE, Suite 710
    Washington, DC 20002
    Phone: (855) 453-9376, Ext. 101
    Fax: (855) 453-9376
    Email: Eric.Menhart@lexero.com

-2-
**NOTICE OF LODGING PUTATIVE JOHN DOE NO. 2'S IDENTITY WITH THE COURT UNDER SEAL**